UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANDREW LEE-LEO HILL,

        Petitioner,

v.                                    CASE NO. 09-11748
                                      HONORABLE VICTORIA A. ROBERTS
NICK LUDWICK,

        Respondent.
_____/

### ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Petitioner Andrew Lee-Leo Hill has moved for appointment of counsel in this habeas corpus action.  He alleges that he is unable to retain counsel, that the issues are complex, and that he has limited access to a law library.

Petitioner has no absolute right to appointment of counsel on collateral review of his conviction, *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Cobas v. Burgess*, 306 F.3d 441, 444 (6th Cir. 2002) (citing *McCleskey v. Zant*, 499 U.S. 467, 495 (1991)), and the interests of justice do not require appointment of counsel.  18 U.S.C. § 3006A(a)(2)(B).  Accordingly, the motion for appointment of counsel [Dkt. #7] is **DENIED** without prejudice.  The Court will reconsider Petitioner's motion, if necessary, following receipt of the responsive pleading and state court record.  It will not be necessary for Petitioner to renew his motion.


                                    s/Victoria A. Roberts_____
                                    Victoria A. Roberts
                                    United States District Judge

Dated:  October 19, 2009

The undersigned certifies that a copy of this
document was served on the attorneys of record
and Andrew Hill by electronic means or U.S. Mail
on October 19, 2009.

s/Linda Vertriest
Deputy Clerk